350

20104. GRIFFIN *et al.*, Commissioners *v.* HAMRICK.
20105. GRIFFIN *et al.*, Commissioners *v.* ATTAWAY.

CANDLER, Justice. The above cases came to this court on certiorari to the Court of Appeals. That court's holding in each case is in conflict with the unanimous decision of this court in *McCallum* v. *Quarles*, 214 *Ga*. 192 (104 S. E. 2d 105); and since the ruling made by this court in that case is controlling in these cases, it necessarily follows that the judgments complained of are erroneous.

*Judgments reversed. All the Justices concur.*

ARGUED JULY 14, 1958—DECIDED SEPTEMBER 5, 1958.

*Adams & McDonald, Cravey & Pentecost,* for plaintiffs in error.
*Chappell & Barfield,* contra.